TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00616-CV

Thomas C. Retzlaff, Appellant

v.

David Scott Cure, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT

NO. 160,302-C, HONORABLE JACK W. PRESCOTT, JUDGE PRESIDING

PER CURIAM

 Appellant Thomas C. Retzlaff filed a motion to dismiss appeal with prejudice to the rights
of appellant to refile same. Further, the motion requests that all costs of court be paid by the party incurring
same, in accordance with the parties' agreement. Appellant's motion is granted; the appeal dismissed with
prejudice; and all costs of court are taxed against the party incurring the cost.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: February 13, 1997

Do Not Publish